UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| REBECCA M. LOOS, | ) | No.  CV-07-072-CI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) | U.S.C. 405(g) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18).   The parties have consented to proceed before a magistrate judge.   (Ct. Rec. 6). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will give Plaintiff an opportunity for a new hearing.  The ALJ will further consider, and specify the weight given to, the opinions of Ms. Hoveskeland and Dr. Rosekrans (Tr. 128-31, 132-34), Ms. Lyszkiewicz and Dr. Rosekrans (Tr. 140-43, 144-47, 200-03, 204-07), Ms.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Jamieson-Turner and Dr. Rosekrans (Tr. 174-77, 178-81), Dr. Bot (Tr. 135-39), Dr. Ridgway (Tr. 182-85, 186-89), Ms. Graves (Tr. 169-70, 171) and the state agency psychologists' opinions (Tr. 162-65). The ALJ will further consider Plaintiff's subjective complaints and residual functional capacity, and will consider Ms. Pilcher's statement (Tr. 98-106). The ALJ will further evaluate, with the assistance of additional vocational expert testimony, Plaintiff's ability to perform past relevant work, and if necessary, her ability to perform other work in the national economy.

**IT IS FURTHER ORDERED:**

1.    The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.

2.    Judgment shall be entered for the **PLAINTIFF**.

3.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 1, 2007.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE