UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

REBECCA M. LOOS, )
)
        Plaintiff, )
) NO.  CV-07-072-CI
     v. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, )  **CIVIL CASE**
Commissioner of Social Security, )
)
        Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 1st day of October, 2007.

                                JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk